C17-4067-LRR

IN THE IOWA DISTRICT COURT IN AND FOR WOODBURY COUNTY

| | |
|---|---|
| LORI GANN, | CASE NO. LACV _____ |
| Plaintiff, | |
| vs. | |
| NORTHWEST IOWA HOSPITAL CORPORATION, An Iowa Nonprofit Corporation (d/b/a UNITYPOINT HEALTH – ST. LUKE'S), CIGNA CORPORATION, A Delaware Corporation, LIFE INSURANCE COMPANY OF NORTH AMERICA, A Pennsylvania Corporation, (a Subsidiary of CIGNA CORPORATION), VOYA FINANCIAL, A Limited Liability Corporation) and RELIASTAR LIFE INSURANCE COMPANY, (a subsidiary of VOYA FINANCIAL), | **PETITION AT LAW AND JURY DEMAND** |
| Defendants. | |

**COMES NOW** the Plaintiff, Lori Gann, by and through her counsel of record, and

for her cause of action against the Defendants, states as follows:

### PARTIES

1.      Plaintiff Lori Gann (hereinafter "***Gann***") is a resident of Sioux City,

Woodbury County, Iowa.   Plaintiff resides at 2516 South Steel Street, Sioux City, Iowa

51106.

2.      Defendant Northwest Iowa Hospital Corporation (hereinafter "***UnityPoint***")

is an Iowa Nonprofit Corporation (d/b/a UnityPoint – St. Luke's) with its principal office

located at 2720 Stone Park Boulevard, Sioux City, Woodbury County, Iowa 51104.

3.      Defendant CIGNA Corporation (hereinafter "***CIGNA***") is a Delaware

Page **1** of **20**

Corporation with its principal office located at 1 Liberty Place, 1650 Market Street, Philadelphia, Pennsylvania 1919-1550.

4.      Defendant Life Insurance Company of North America (hereinafter "**LICNA**") is a Pennsylvania Corporation with its principal office located at 1600 Arch Street, Philadelphia, 19103.   Defendant LICNA is a subsidiary of CIGNA.

5.   .   Defendant VOYA Financial (hereinafter "**VOYA**") is a Limited Liability Corporation with its principal office located at 230 Park Avenue, New York, New York.

6.      Defendant ReliaStar Life insurance Company (hereinafter "**RSL**"), with its principal office located at 20 Washington Avenue South, Minnesota 55401.   Defendant RSL is a subsidiary of VOYA.

## BACKGROUND FACTS

7.      At all times material hereto, Gann was an employee of UnityPoint in Sioux City, Woodbury County Iowa having been hired on or about **May 18, 2016**.

8.      UnityPoint is a nonprofit hospital which offers health insurance and life insurance benefits to its employees.

9.      In 2016 UnityPoint offered "Health", "Wellness", "Financial", and "Balance & Growth" benefits to its employees underwritten by CIGNA, LICNA, RSL and VOYA.

10.     These employee benefits were described and defined in a handbook entitled "*2016 Benefits Open Enrollment November 2 – 16, 2015*" (hereinafter "**Handbook**") a copy of which is attached hereto marked as "**Exhibit A**" incorporated herein by this reference.

11.    The Handbook states at page 18:

"*You have the opportunity to choose these benefits only during the Open Enrollment period **or if you experience certain qualified life events** as specified by the IRS.*" (emphasis supplied)

12.    On **August 14, 2016** Gann was married to Ronnie Gann.

13.    According to the Internal Revenue Service (hereinafter "**IRS**") "marriage" constitutes a "*qualified life event*" or a life status change.

14.    On **August 15, 2016** Gann went online and added her new husband to her employee benefits, selecting both "*Life Insurance Coverage*", and "*Critical Illness Insurance*". (See pages 16-18 of the attached Handbook)

15.    Nowhere in the online application is evidence of insurability requested or required.   In fact, the Handbook clearly states that:

"*evidence of insurability for your spouse or domestic partner will be required **if the amount of his or her new coverage exceeds the lesser of: $30,000***". (emphasis supplied)(see Handbook, page 17)

16.    When Gann went online and added her new husband to her employee benefits, she intended to apply for **$10,000** but she accidentally typed in **$100,000.**

17.    At all times material hereto, Gann's new policy of life insurance had a coverage limit of **$20,000** which is less than **$30,000** so her husband was not required to provide evidence of insurability. (See Handbook, page 17)

18.    On **August 22, 2016**, Mary Kay Kirgis, an HR benefits specialist at CIGNA, sent an email to Gann indicating that the application for spousal life insurance was approved and a policy was issued in the amount of **$20,000** which is less than the

**$30,000** threshold[1] with an effective date of **September 1, 2016**.

19. The **September 1, 2016** Benefits Plans and Coverage documents show both "*Spouse/DP Optional Life Plan*" coverage to be $20,000 with a premium of $0.83 per thousand dollars of coverage per pay period and "*Spouse Critical Illness*" coverage of $10,000 with a premium per pay period of $2.26.

20. No evidence of insurability forms were provided to Gann upon receipt of her application for "*Spouse/DP Optional Life Plan*" coverage and "*Spouse Critical Illness*" coverage.

21. Gann's application for "*Spouse/DP Optional Life Plan*" coverage and "*Spouse Critical Illness*" coverage was accepted and approved by UnityPoint who submitted the application to its group insurance carriers, CIGNA, VOTA, RSL and LICNA.

22. Gann's application was approved, and policies for "*Spouse/DP Optional Life Plan*" coverage and "*Spouse Critical Illness*" policies were issued by CIGNA and underwritten by LICNA, and by RSL and underwritten by VOYA.

23. Once the policies were issued, premiums were paid through UnityPoint by Gann through withholding from Gann's paycheck beginning on September 1, 2016.

24. No evidence of insurability forms were ever required by UnityPoint or CIGNA or LICNA or RSL or VOYA prior to approval and issuance of the policies.

---

1 As stated in the Handbook at page 17, "When you *first purchase this coverage* or increase it, *evidence of insurability for your spouse* or domestic partner if the amount of his or her *new coverage exceeds the lesser of*:
    · *$30,000*, or
    · *50 percent of your own life insurance amount* (basic and optional combined)." (emphasis supplied)

25. No evidence of insurability forms were ever provided to Gann prior to approval.

26. No evidence of insurability forms were provided to Gann prior to issuance of the policies.

27. Sadly, Mr. Gann died on **September 16, 2016** leaving his new bride a young widow.

28. At the time of death, Mr. Gann was neither a patient in a hospital nor confined to his home.

29. Gann paid the premiums for both "*Spouse/DP Optional Life Plan*" coverage and "*Spouse Critical Illness*" coverage in September and October, 2016.

30. On **September 16, 2016** a life insurance claim was submitted to CIGNA under policy FLX 980227.

31. On or about **September 20, 2016** a Spousal Critical Illness insurance claim was submitted to VOYA under policy 68894-1, and assigned a claim number C-2016-037616.

32. On **October 14, 2016** the life insurance claim was denied based upon CIGNA's decision that Mr. Gann was not covered when he died on September 16, 2016.

33. On **November 16, 2016** Gann timely submitted an appeal to CIGNA and LICNA.

34. On **December 16, 2016** CIGNA and LICNA denied the appeal.

35. On **February 17, 2017** the spousal critical illness insurance claim was

denied based upon VOYA's decision that Mr. Gann was not covered when he died on September 16, 2016.

36.     On **February 27, 2017**, RSL and VOYA denied the spousal critical illness claim again stating that Gann's husband's condition was diagnosed with esophageal cancer on February 18, 2015 which preceding the issuance of the policy.

37.     There is no pre-existing clause in the Handbook or in any of the application forms. The first mention of this pre-existing condition was in the denial letter of **February 27, 2017.** At the time the policies were issued (September 1, 2016), Mr. Gann was not an inpatient in a hospital, hospice, rehabilitation or convalescent center or custodial care facility, or confined to his home under the care of a physician.

### COUNT I – BREACH OF CONTRACT (UNITYPOINT)

38.     Plaintiff re-pleads paragraphs 1 - 37 above.

39.     At all times material hereto, Gann was an employee eligible to enroll in employer sponsored benefits set forth in the Handbook having been hired on May 16, 2016.

40.     At the time she was hired by UnityPoint, Gann was provided a copy of the Handbook published by or for UnityPoint and distributed by UnityPoint.

41.     At all times material hereto, Gann was an adult and not under any legal disability.

42.     At all times material hereto, UnityPoint was an Iowa corporation capable of entering into contracts with its employees for benefits as set forth in the Handbook.

43.     Through its Handbook, UnityPoint made an offer to provide "*Spouse/DP*

Page **6** of **20**

Optional Life Plan" coverage through Defendant CIGNA and "Spouse Critical Illness" coverage through Defendant VOYA to its employee, Gann either during the designated "open enrollment" period, or within 31 days of a qualified life event such as marriage.

44.     On **August 14, 2016** Gann was married to Ronnie Gann.

45.     Gann accepted the offer by completing an application for "Spouse/DP Optional Life Plan" coverage and "Spouse Critical Illness" coverage as directed by the Handbook.

46.     Gann's application for "Spouse/DP Optional Life Plan" coverage and "Spouse Critical Illness" coverage was tendered to, and accepted by UnityPoint which sent the application to, and approved by, CIGNA and its underwriter LICNA, and by RSL and underwritten by VOYA.

47.     CIGNA and its underwriter LICNA approved the application and then issued a life insurance policy number FLX 980227 to Gann.

48.     RSL and its underwriter VOYA also approved the application and issued a spouse critical illness insurance policy number 68894-1 to Gann.

49.     In exchange for the Gann tendered valuable consideration to CIGNA and also to RSL in the form of paid premiums withheld from her paychecks.

50.     A valid and binding contract was created between UnityPoint, CIGNA and Gann.

51.     A valid and binding contract was created between UnityPoint, RSL and Gann.

52.     Gann has done what the contracts required of her.

53.    The Defendants accepted Gann's application for "*Spouse/DP Optional Life Plan*" coverage and "*Spouse Critical Illness*" coverage, two policies were issued, and premiums were collected.

54.    Gann's husband died while the "*Spouse/DP Optional Life Plan*" coverage and "*Spouse Critical Illness*" coverage were in full force.

53.    UnityPoint denied Gann's claim.

54.    UnityPoint's denial is a breach of contract.

55.    As a result of UnityPoint's breach of contract, Gann has suffered damages in the amount of $30,000.

**WHEREFORE,** the Plaintiff demand judgment against Defendant UnityPoint, in an amount which will fairly compensate the Plaintiff for all of her damages sustained, both direct and indirect, together with interest as provided by law plus the costs of this action, attorney fees, punitive damages, and for any further and additional relief that the Court deems fair and just.

### COUNT II – BREACH OF CONTRACT (CIGNA and LICNA)

56.    Plaintiff repleads paragraphs 1 - 55 above.

57.    At all times material hereto, Gann was an employee eligible to enroll in employer sponsored benefits set forth in the Handbook having been hired on May 16, 2016.

58.    At the time she was hired by UnityPoint, Gann was provided a copy of the Handbook published by or for UnityPoint and distributed by UnityPoint.

59.    At all times material hereto, Gann was an adult and not under any legal

disability.

60.     At all times material hereto, UnityPoint was an Iowa corporation capable of entering into contracts with its employees for benefits as set forth in the Handbook.

61.     Through its Handbook, UnityPoint made an offer to provide "*Spouse/DP Optional Life Plan*" coverage through Defendant CIGNA and its underwriter LICNA to its employee, Gann either during the designated "open enrollment" period, or within 31 days of a qualified life event such as marriage.

62.     On **August 14, 2016** Gann was married to Ronnie Gann.

63.     Gann accepted the offer by completing an application for "*Spouse/DP Optional Life Plan*" coverage as directed by the Handbook.

64.     Gann's application for "*Spouse/DP Optional Life Plan*" coverage was tendered to, and accepted by UnityPoint which sent the application to, and approved by, CIGNA and its underwriter LICNA.

65.     CIGNA and its underwriter LICNA approved the application and then issued a life insurance policy number FLX 980227 to Gann.

66.     In exchange for the Gann tendered valuable consideration to CIGNA in the form of paid premiums withheld from her paychecks.

67.     A valid and binding contract was created between CIGNA and Gann.

68.     Gann has performed all of the duties that the contract required of her.

69.     The CIGNA accepted and approved Gann's application for "*Spouse/DP Optional Life Plan*" coverage, a policies was issued, and premiums were collected.

70.     Gann's husband died while the "*Spouse/DP Optional Life Plan*" coverage

was in full force.

71.    CIGNA denied Gann's claim breaching the terms of its own policy.

72.    CIGNA's denial is a breach of contract.

73.    As a result of CIGNA's breach of contract, Gann has suffered damages in the amount of **$20,000**, plus serious emotional distress, anguish and other damages.

74.    CIGNA's breach of contract was intentional, reckless, willful and wanton.

75.    As a direct result of CIGNA's breach of contract, Gann suffered serious emotional distress, anguish and other damages.

**WHEREFORE,** the Plaintiff demands judgment against Defendant CIGNA, in an amount which will fairly compensate the Plaintiff for all of her damages sustained, both direct and indirect, together with interest as provided by law plus the costs of this action, attorney fees, punitive damages, and for any further and additional relief that the Court deems fair and just.

### COUNT III – BREACH OF CONTRACT (RSL and VOYA)

76.    Plaintiff repleads paragraphs 1 - 75 above.

77.    At all times material hereto, Gann was an employee eligible to enroll in employer sponsored benefits set forth in the Handbook having been hired on May 16, 2016.

78.    At the time she was hired by UnityPoint, Gann was provided a copy of the Handbook published by or for UnityPoint and distributed by UnityPoint.

79.    At all times material hereto, Gann was an adult and not under any legal disability.

80.    At all times material hereto, UnityPoint was an Iowa corporation capable of entering into contracts with its employees for benefits as set forth in the Handbook.

81.    Through its Handbook, UnityPoint made an offer to provide "*Spouse Critical Illness*" coverage through Defendant RSL and its underwriter VOYA to its employee, Gann either during the designated "open enrollment" period, or within 31 days of a qualified life event such as marriage.

82.    On **August 14, 2016** Gann was married to Ronnie Gann.

83.    Gann accepted the offer by completing an application for "*Spouse Critical Illness*" coverage as directed by the Handbook.

84.    Gann's application for "*Spouse Critical Illness*" coverage was tendered to, and accepted by UnityPoint which sent the application to, and approved by, RSL and its underwriter VOYA.

85.    RSL and its underwriter VOYA also approved the application and issued a spousal critical illness insurance policy number 68894-1 to Gann.

86.    In exchange for the coverage Gann tendered valuable consideration to RSL in the form of paid premiums withheld from her paychecks.

87.    A valid and binding contract was created between RSL and Gann.

88.    A valid and binding contract was created between UnityPoint, RSL and Gann.

89.    Gann has performed all of the duties that the contract required of her.

90.    The Defendants accepted Gann's application for "*Spouse Critical Illness*" coverage, a policies were issued, and premiums were collected.

Page **11** of **20**

91. Gann's husband died while the coverage and "*Spouse Critical Illness*" coverage were in full force.

92. RSL denied Gann's claim.

93. RSL's denial is a breach of contract.

94. As a result of RSL's breach of contract, Gann has suffered damages in the amount of **$10,000**, plus serious emotional distress, anguish and other damages.

95. RSL's breach of contract was intentional, reckless, willful and wanton.

96. As a direct result of RSL's breach of contract, Gann suffered serious emotional distress, anguish and other damages.

**WHEREFORE,** the Plaintiff demands judgment against Defendant RSL, in an amount which will fairly compensate the Plaintiff for all of her damages sustained, both direct and indirect, together with interest as provided by law plus the costs of this action, attorney fees, punitive damages, and for any further and additional relief that the Court deems fair and just.

## COUNT IV – ACCORD AND SATISFACTION (UNITYPOINT)

96. Plaintiff repleads paragraphs 1 - 95 above.

97. Accord and satisfaction is a means of discharging a contractual obligation by agreement of the parties to render and accept a different and substituted performance as full satisfaction of the preexisting claim. *Olson v. Wilson & Co.*, 244 Iowa 895, 900, 58 N.W.2d 381, 384 (1953); 6 *Corbin on Contracts* § 1276 (1962).

98. For an accord and satisfaction to exist, however, there must be valid consideration, *Kellogg v. Iowa State Traveling Men's Association*, 239 Iowa 196, 212,

Page **12** of **20**

29 N.W.2d 559, 567 (1947), which must be offered, intended, and accepted as full satisfaction of the original claim, *see N.L.R.B. v. Decker,* 322 F.2d 238, 245 (8th Cir. 1963).

99.     Gann has complied with all requirements to qualify for, and to be approved for both the "*Spouse/DP Optional Life Plan*" and the "*Spouse Critical Illness*" coverage

100.    The **September 1, 2016** Benefits Plans and Coverage documents show both "*Spouse/DP Optional Life Plan*" coverage to be **$20,000** with a premium of $0.83 per thousand dollars of coverage per pay period and "*Spouse Critical Illness*" coverage of **$10,000** with a premium per pay period of $2.26.

101.    Gann paid valuable consideration (money withheld from her paycheck). Money is considered valuable consideration.

102.    Payment of Gann's premium was offered, intended by both parties, and accepted as full satisfaction of the her obligation to pay premiums in full each pay period by UnityPoint.

103.    Because UnityPoint tendered both "*Spouse/DP Optional Life Plan*" coverage and "*Spouse Critical Illness*" coverage to Gann, and Gann tendered full monthly payment of premiums, an accord and satisfaction occurred.

104.    An accord and satisfaction occurred when the parties accepted a different and substituted performance as full satisfaction of the preexisting claim. *Olson v. Wilson & Co.,* 244 Iowa 895, 900, 58 N.W.2d 381, 384 (1953); 6 *Corbin on Contracts* § 1276 (1962).

105.    Under the doctrine of accord and satisfaction, UnityPoint is estopped from

arguing that Gann is not eligible for payment of benefits under both the "*Spouse/DP Optional Life Plan*" coverage and the "*Spouse Critical Illness*" coverage.

106.    The Court is requested to determine that an accord and satisfaction has occurred, that UnityPoint and accepted a different and substituted performance as full satisfaction of Gann's obligations and duties under the two policies; and that Gann is entitled to full benefits under the "*Spouse/DP Optional Life Plan*" policy plus full benefits under the "*Spouse Critical Illness*" policy.

**WHEREFORE,** the Plaintiff demands judgment against Defendant UnityPoint, in an amount which will fairly compensate the Plaintiff for all of her damages sustained, both direct and indirect, together with interest as provided by law plus the costs of this action, attorney fees, punitive damages, and for any further and additional relief that the Court deems fair and just.

### COUNT V – ACCORD AND SATISFACTION (CIGNA and LICNA)

107.    Plaintiff repleads paragraphs 1 - 106 above.

108.    Accord and satisfaction is a means of discharging a contractual obligation by agreement of the parties to render and accept a different and substituted performance as full satisfaction of the preexisting claim. *Olson v. Wilson & Co.*, 244 Iowa 895, 900, 58 N.W.2d 381, 384 (1953); 6 *Corbin on Contracts* § 1276 (1962).

109.    For an accord and satisfaction to exist, however, there must be valid consideration, *Kellogg v. Iowa State Traveling Men's Association*, 239 Iowa 196, 212, 29 N.W.2d 559, 567 (1947), which must be offered, intended, and accepted as full satisfaction of the original claim, *see N.L.R.B. v. Decker*, 322 F.2d 238, 245 (8th Cir.

Page **14** of **20**

1963).

110.   Gann has complied with all requirements to qualify for, and to be approved for the "*Spouse/DP Optional Life Plan*" covera.ge

111.   The **September 1, 2016** Benefits Plans and Coverage documents show both "*Spouse/DP Optional Life Plan*" coverage to be **$20,000** with a premium of $0.83 per thousand dollars of coverage per pay period.

112.   Gann paid valuable consideration (money withheld from her paycheck). Money is considered valuable consideration.

113.   Payment of Gann's premium was offered, intended by both parties, and accepted as full satisfaction of the her obligation to pay premiums in full each pay period by CIGNA.

114.   Because CIGNA tendered "*Spouse/DP Optional Life Plan*" coverage to Gann, and Gann tendered full monthly payment of premiums, an accord and satisfaction occurred.

115.   An accord and satisfaction occurred when the parties accepted a different and substituted performance as full satisfaction of the preexisting claim. *Olson v. Wilson & Co.*, 244 Iowa 895, 900, 58 N.W.2d 381, 384 (1953); 6 *Corbin on Contracts* § 1276 (1962).

116.   Under the doctrine of accord and satisfaction, CIGNA is estopped from arguing that Gann is not eligible for payment of benefits under the "*Spouse/DP Optional Life Plan*" coverage.

117.   The Court is requested to determine that an accord and satisfaction has

occurred, that CIGNA accepted a different and substituted performance as full satisfaction of Gann's obligations and duties under the two policies; and that Gann is entitled to full benefits under the "*Spouse/DP Optional Life Plan*" policy.

**WHEREFORE,** the Plaintiff demands judgment against Defendant CIGNA, in an amount which will fairly compensate the Plaintiff for all of her damages sustained, both direct and indirect, together with interest as provided by law plus the costs of this action, attorney fees, punitive damages, and for any further and additional relief that the Court deems fair and just.

### COUNT VI – ACCORD AND SATISFACTION (RSL and VOYA)

118.   Plaintiff repleads paragraphs 1 - 117 above.

119.   Accord and satisfaction is a means of discharging a contractual obligation by agreement of the parties to render and accept a different and substituted performance as full satisfaction of the preexisting claim. *Olson v. Wilson & Co.*, 244 Iowa 895, 900, 58 N.W.2d 381, 384 (1953); 6 *Corbin on Contracts* § 1276 (1962).

120.   For an accord and satisfaction to exist, however, there must be valid consideration, *Kellogg v. Iowa State Traveling Men's Association*, 239 Iowa 196, 212, 29 N.W.2d 559, 567 (1947), which must be offered, intended, and accepted as full satisfaction of the original claim, *see N.L.R.B. v. Decker*, 322 F.2d 238, 245 (8th Cir. 1963).

121.   Gann has complied with all requirements to qualify for, and to be approved for the "*Spouse Critical Illness*" coverage

122.   The **September 1, 2016** Benefits Plans and Coverage documents shows

Page **16** of **20**

"*Spouse Critical Illness*" coverage of **$10,000** with a premium per pay period of $2.26.

123.   Gann paid valuable consideration (money withheld from her paycheck). Money is considered valuable consideration.

124.   Payment of Gann's premium was offered, intended by both parties, and accepted as full satisfaction of the her obligation to pay premiums in full each pay period by RSL.

125.   Because RSL tendered "*Spouse Critical Illness*" coverage to Gann, and Gann tendered full monthly payment of premiums, an accord and satisfaction occurred.

126.   An accord and satisfaction occurred when the parties accepted a different and substituted performance as full satisfaction of the preexisting claim. *Olson v. Wilson & Co.*, 244 Iowa 895, 900, 58 N.W.2d 381, 384 (1953); 6 *Corbin on Contracts* § 1276 (1962).

127.   Under the doctrine of accord and satisfaction, RSL is estopped from arguing that Gann is not eligible for payment of benefits under the "*Spouse Critical Illness*" coverage.

128.   The Court is requested to determine that an accord and satisfaction has occurred, that RSL accepted a different and substituted performance as full satisfaction of Gann's obligations and duties under the two policies; and that Gann is entitled to full benefits under the "*Spouse Critical Illness*" policy.

**WHEREFORE,** the Plaintiff demands judgment against Defendant RSL, in an amount which will fairly compensate the Plaintiff for all of her damages sustained, both direct and indirect, together with interest as provided by law plus the costs of this action,

attorney fees, punitive damages, and for any further and additional relief that the Court deems fair and just.

### COUNT VII – BAD FAITH (CIGNA and LICNA)

129.   Plaintiff repleads paragraphs 1 - 128 above.

130.   Defendant CIGNA issued a "*Spouse/DP Optional Life Plan*" policy to Gann prior to the date of loss.

131.   Gann had paid all premiums which were due.

132.   On September 16, 2016 Gann suffered a loss due to the death of her husband which was covered by the insurance policy with Defendant CIGNA through her employer UnityPoint.

133.   Gann gave the Defendant timely proof of this covered loss.

134.   Defendant CIGNA denied Gann's claim and did not pay Gann's claim.

135.   There was no reasonable basis for denying Gann's claim.

136.   Defendant CIGNA knew or had reason to know that there was no reasonable basis for denying Gann's claim.

137.   Defendant CIGNA's denial of the claim was a cause of damage to Gann.

138.   Gann has suffered damages in excess of **$20,000** as a direct result of Defendants breach of the insurance policy.

139.   Defendant CIGNA's denial of Gann's claim was done in bad faith.

**WHEREFORE,** the Plaintiff demands judgment against Defendant CIGNA, in an amount which will fairly compensate the Plaintiff for all of her damages sustained, both direct and indirect, together with interest as provided by law plus the costs of this action,

attorney fees, punitive damages, and for any further and additional relief that the Court deems fair and just.

### COUNT VIII – BAD FAITH (RSL and VOYA)

140.   Plaintiff repleads paragraphs 1 - 139 above.

141.   Defendant RSL issued a "*Spouse Critical Illness*" policy to Gann prior to the date of loss.

142.   Gann had paid all premiums which were due.

143.   On September 16, 2016 Gann suffered a loss due to the death of her husband from cancer which was covered by the insurance policy with Defendant RSL through her employer UnityPoint.

144.   Gann gave the Defendant timely proof of this covered loss.

145.   Defendant RSL denied Gann's claim and did not pay Gann's claim.

146.   There was no reasonable basis for denying Gann's claim.

147.   Defendant RSL knew or had reason to know that there was no reasonable basis for denying Gann's claim.

148.   Defendant RSL's denial of the claim was a cause of damage to Gann.

149.   Gann has suffered damages in excess of **$20,000** as a direct result of Defendants breach of the insurance policy.

150.   Defendant RSL's denial of Gann's claim was done in bad faith.

**WHEREFORE,** the Plaintiff demands judgment against Defendant RSL, in an amount which will fairly compensate the Plaintiff for all of her damages sustained, both direct and indirect, together with interest as provided by law plus the costs of this action,

attorney fees, punitive damages, and for any further and additional relief that the Court

deems fair and just.

## DEMAND FOR TRIAL BY JURY

Plaintiff demands a trial by jury on all issues triable by a jury trial.

**DATED** this 6th day of September, 2017.

**LAW OFFICE OF HAROLD K. WIDDISON, P.C.**

By

Harold K. Widdison     #AT0008528
505 Fifth Street, Suite 603
Sioux City, Iowa 51101
(712)  202-0073
(712)  202-0080
WiddisonLaw@aol.com

**ATTORNEY FOR LORI GANN, PLAINTIFF**

2016 Benefits



# Open Enrollment

## November 2 – 16, 2015



# Time to Focus on a Healthy YOU

## CHOOSE YOUR BENEFITS FOR 2016

EXHIBIT

A

JB.DAGES

 UnityPoint Health

# What's Inside







Welcome ........................................................................................ 3

My Benefits at a Glance ........................................................... 6

Take Action to Improve Your Health and Save Money in 2016! ...................... 7

Consider Your Benefit Options for 2016 .......................... 8

   Medical ..................................................................................... 8

   Dental ...................................................................................... 13

   Vision ...................................................................................... 13

   Flexible Spending Accounts ........................................ 13

   How the Health Savings Account and
   Flexible Spending Accounts Work Together ........... 15

   Life and Accidental Death and Dismemberment (AD&D) ............ 16

   Long-Term Disability ..................................................... 17

   Optional Benefits to Supplement Your Medical Coverage ............. 18

News About Your Retirement Savings Plan ................. 20

Time to Enroll! ....................................................................... 23

Key Benefit Contacts ........................................................... 25

Important Notices ................................................................. 26

| WHAT | WHEN |
|---|---|
| **Get your biometric screening** *(required to receive wellness premium credit)* | **January 1, 2015 through November 16, 2015** *(see the Lawson benefits portal for schedules of regional employee screenings)* |
| **Attend informational benefits enrollment webinar** | **Late October 2015** *(watch for scheduling information)* |
| **Enroll for 2016 benefits through Lawson benefits portal** | **November 2 through November 16, 2015** *(on or before 11:55 p.m. Central time on November 16)* |
| **Fill out online Health Risk Assessment questionnaire** at onpointforhealth.limeade.com *(required to receive wellness premium credit)* | **November 17 through December 11, 2015** |



TIME TO FOCUS ON A HEALTHY *You.*



# Welcome to 2016 Benefit Open Enrollment

It's time to choose your benefits for 2016. Be sure to carefully review the information in this decision guide, so you can choose wisely. Open Enrollment is November 2-16, 2015.

For the most part, the benefit design of our existing programs – benefits paid, deductibles, etc. – remains the same as in 2015.

However, UnityPoint Health is very pleased to inform you of some new vendor partners for 2016 – changes made with you in mind that will increase the value of your employee benefit programs. As a result, you will see:

- Improved customer service from our benefit vendors.
- New and better tools and resources.
- Greater convenience and flexibility.
- Additional benefits that provide extra protection to supplement your regular medical plan coverage.
- New and improved investment options in our retirement savings plans.

We're committed to helping you improve and protect your physical and financial health through our employee benefit programs. With these latest changes, we're making great strides forward. Here's to an even better, healthier year in 2016!



# Overview: What's Changing for 2016

- Our annual wellness incentive is increasing from $200 to $250.*
- The BMI target for receiving the wellness premium credit is being lowered from 35 to 32.9 to encourage continued improvement.*
- HealthPartners is our new administrator and claims manager for our medical plans and flexible spending accounts (FSAs), as well as our new pharmacy benefits manager.
- Wells Fargo is our new health savings account (HSA) administrator, and with this change UnityPoint Health will now be paying the monthly account fee on your behalf!
- We offer two new optional benefits to supplement your medical plan coverage: Critical Illness and Supplemental Accident coverage.
- Fidelity Investments is the new administrator of our 401(k) and other similar retirement savings plans, bringing a new and improved set of investment options and tools.
- New online tools to help you get more out of your benefits, as well as a new benefits vendor app for your smartphone that will ensure you always have our vendors' contact information at your fingertips.
- Our tuition assistance program will offer expanded tuition discounts. (More information will be available at a later time.)
- You enroll for Open Enrollment benefits through the Lawson benefits portal.

## RATE CHANGES FOR 2016

- Medical: The amount you contribute toward the cost of your medical coverage will increase by a small amount (3 – 3.6 percent, on average). This increase is due to rising health care costs and our history of health care usage. UnityPoint Health is increasing the share it pays for your coverage to keep your increase this small.
- Other: The rates for our other Open Enrollment benefits are not increasing for 2016:
  o Dental
  o Vision
  o Life insurance*
  o Accidental death and dismemberment coverage
  o Long-term disability

*However, your personal rates for optional life insurance may increase if your coverage amount increases due to a pay change, or – because these rates are based on your age – if you advance to a higher-priced age bracket.

You will see the rates you pay for each plan when you enroll with Lawson.

**Note:** The working spouse surcharge for medical coverage is increasing from $50 to $75.

## BENEFITS WITH LITTLE OR NO CHANGE

There will be minimal changes to the benefit design (benefits paid, deductibles, etc.) of the following plans for 2016:

- Medical
- Dental
- Vision
- Flexible spending accounts (except that the annual amount you can contribute to the Health Care FSA or Limited Use FSA is increasing from $2,500 to $2,550)
- Life insurance
- Accidental death and dismemberment coverage
- Long-term disability

TIME TO FOCUS ON A HEALTHY *You.*



# You Must Enroll by the Deadline: November 16, 2015

You are required to actively enroll in your benefits this year.
You must actively enroll in all your Open Enrollment benefits by the deadline of 11:55 p.m. Central time on November 16 to be assured of having coverage in 2016.

If you do not enroll, you will NOT have the opportunity to change your benefits again until the Open Enrollment period for 2017 (held in November of 2016), unless you experience certain qualified life events as specified by the IRS.

The enrollment process is described on page 24.

# Other Important Actions and Deadlines

Be sure to get your

and fill out your

so you may qualify for the wellness premium credit, which reduces your medical plan cost, following the process and schedule described on page 7.

If you enroll in the **Health Savings Plan** for 2016 medical coverage, a new health savings account (HSA) account will be opened with Wells Fargo on your behalf and active January 1, 2016. Your 2016 UnityPoint Health employer contribution will be deposited January 15, 2016.

You should expect to receive three pieces of mail directly from Wells Fargo when the account is setup in December:
- a welcome kit
- new Wells Fargo HSA debit card
- pin number for your new HSA debit card

As part of the transition to Wells Fargo, UnityPoint will now begin to pay the account fee on your behalf! With this change, we highly recommend you move your funds from US Bank to Wells Fargo to keep all of your HSA funds in one location. If you do not move the funds from US Bank, that account will turn into an individual bank account no longer supported by UnityPoint.

When you enroll, please be sure to

for yourself and each family member covered by a UnityPoint Health medical plan, to ensure this information is up-to-date and accurate for 2016.

You MUST actively enroll in ALL
Open Enrollment benefits by the deadline
to be assured of having coverage in 2016.

# My Benefits at a Glance

Here is an overview of the many benefits that UnityPoint Health offers you.

- Bolded benefits are described in this guide.
- Underlined benefits are those you can enroll in during the upcoming Open Enrollment period.
  You will enroll in these through the Lawson benefits portal as described on page 24.

For more information about any of these benefits, see the Lawson benefits portal.

| Health | Wellness | Financial Security | Balance & Growth |
|---|---|---|---|
| **Medical**<br>- Health Savings (HSA) Plan<br>- Network Plan<br><br>**Dental**<br>Coverage through Delta Dental<br><br>**Vision**<br>Coverage through Avesis<br><br>**Critical Illness**<br><br>**Supplemental Accident**[1] | **OnPoint for Health Wellness Program**<br>For wellness premium credit:<br>- Biometric screening<br>- Health Risk Assessment<br>- Test nicotine free or complete a tobacco cessation program<br>- Meet BMI goal of less than 33 or participate in health coaching<br><br>For annual wellness incentive:<br>- Participate in healthy activities to earn points and a cash reward<br><br>Employee Assistance Program (EAP)<br><br>Gym Membership Reimbursement<br><br>Flu Shots<br><br>Healthy Pregnancy Support Program<br><br>Wellness Products Discounts www.cigna.com/rewards (password: Savings)<br><br>Fitness Center Discounts (through Perkspot) | **Retirement Savings Plan**<br><br>**Life Insurance**<br><br>**Flexible Spending Accounts**<br>- Dependent care<br>- Health care<br>- Limited Purpose (dental/vision care, for HSA participants only)<br><br>**Long Term Disability (LTD)**<br><br>Short Term Disability (STD)<br><br>**Optional AD&D**<br><br>Employee Discounts (through Perkspot) | Paid Time Off (PTO)<br><br>PTO Buy Back<br>- May sell back unused PTO, if permitted by affiliate<br><br>Tuition Assistance<br><br>Employee Recognition and Service Awards<br><br>Parental Leave[2]<br><br>Bereavement (separate from PTO)<br><br>Adoption Reimbursement |



[1] Supplemental Accident and Critical Illness benefits are not intended to replace existing Short Term or Long Term Disability benefit programs.
[2] Finley nurses who are part of the bargaining unit are not eligible for voluntary and maternity benefits.
Executives and physicians have different benefits for life, LTD and STD. Please contact Human Resources for more information.
Allen and Finley bargaining unit employees are subject to the benefits located in their bargaining agreement.

TIME TO FOCUS ON A HEALTHY You.



# Take Action to Be a Healthier You and Save Money in 2016

## Wellness Premium Credit

If you are enrolled in a UnityPoint Health medical plan, you can earn a wellness premium credit to help you with the cost of your coverage. So can your covered spouse or domestic partner. The medical premiums deducted from your paycheck will be reduced by $20 per pay period for each individual who qualifies.

To earn the wellness premium credit:

- Get your biometric wellness screening by November 16, 2015. You can obtain the screening through your physician or at a screening held for affiliate employees in your region. (See your intranet and Lawson for regional screening schedules and other details.)
- Complete an online Health Risk Assessment questionnaire between November 17 and December 11, 2015. Log in to the On Point for Health website to complete the questionnaire. You will also be able to review your biometric screening results at this time.

You will qualify for the wellness premium credit if you do all of the following:

- Attend a biometric screening or complete a physician results form by November 16, 2015.
- Test free of nicotine.
- Have a BMI less than 33.
- Complete the online Health Risk Assessment between November 17 and December 11, 2015.

If, during the screening period, you check "yes" to nicotine use, test positive for nicotine or have a BMI of 33 or more, you can still receive the wellness premium credit by doing **one** of the following:

- Complete the UPH health coaching program, OR
- Achieve a BMI of less than 33 at the next biometric screening period, OR
- Test nicotine free at the next biometric screening period, OR
- Complete a tobacco cessation program.

If you qualify for health coaching, you will be contacted in January by a health coach to discuss your options.

**Note:** In this description of the wellness premium credit, "you" also applies to your covered spouse or domestic partner.

*If it is unreasonably difficult due to a medical condition for you to achieve the standards for the credit under The UPH Wellness Program, or if it is medically inadvisable for you to attempt to achieve the standards for the credit under the UPH Wellness Program please contact Ask HR.*

## Earn Additional Wellness Incentives Throughout the Year

You can earn other wellness incentives during the year through the On Point for Health system, even if you don't qualify for the wellness premium credit (as long as you are eligible for UnityPoint Health benefits). You are always encouraged to do what you can to improve and maintain your health.

- Throughout 2016, earn wellness points by taking part in various healthy activities, such as getting a physical or eye exam, or by tracking your daily exercise.
- During 2016, you may qualify for various prize drawings if you have earned a certain number of points by the time the drawing is held.
- Receive the annual wellness cash incentive: If you achieve 3,000 points by the end of the 2016 wellness program year, you will receive a $250 cash incentive.

Your covered spouse or domestic partner may participate as well. You must be benefit-eligible at the time of the payout.



## Who Is HealthPartners?

HealthPartners is the new administrator and claims manager for our medical plans (and flexible spending accounts), as well as our new pharmacy benefits manager. Based in Bloomington, Minnesota, HealthPartners is the largest non-profit, consumer-governed health care organization in the nation. Like us, HealthPartners is an integrated health care delivery and payment organization that is focused on improving health in highly coordinated ways.

Our goal at UnityPoint Health is to provide you with medical coverage that is affordable for you and sustainable for us, and that continues to offer you great care. We believe HealthPartners will deliver all this and more, giving you more control and flexibility to manage your health care.

As a HealthPartners member, you'll continue to have access to all UnityPoint Health providers and pharmacies, as well as access to new tools and resources. Through HealthPartners' comprehensive web and mobile tools, you'll have a wealth of useful benefit information always at your fingertips. (See "HealthPartners Tools and Resources" on page 12 for details.)



## Consider Your Benefit Options for 2016

The following pages provide an overview of your 2016 benefits and options in which you may enroll during the Open Enrollment period of November 2 – 16, 2015:

- Medical
- Dental
- Vision
- Flexible spending accounts
- Life insurance
- Accidental death and dismemberment coverage
- Long-term disability
- New supplemental (optional) benefits: Critical Illness and Supplemental Accident coverage

Instructions for enrolling through the Lawson benefits portal are given on page 20.

And, although it is not part of your Open Enrollment benefits, we have important news to share about your retirement savings plan on page 23.

Please note that if you need additional details about your benefit plans beyond this guide, you can also find more information on the Lawson benefits portal.

## Medical

You have a choice of two medical plans for 2016:
The Health Savings (HSA) Plan and the Network Plan.

8

TIME TO FOCUS ON A HEALTHY You.

# Medical Plan Choices for 2016

Below is a summary of the medical plan benefits for the 2016 plan year:

| | UnityPoint Health Health Savings (HSA) Plan | UnityPoint Health Network Plan |
|---|---|---|
| Employer HSA Contribution | $750/$1,500 | N/A |
| Deductible | $1,500/$3,000 | $500/$1,000 |
| Coinsurance | You pay 20% after deductible | You pay 20% after deductible |
| Annual out-of-pocket maximum | $3,000/$6,000 | $2,500/$5,000 |
| Preventive Care Routine Well Child Care | Plan pays 100% Plan pays 100% | Plan pays 100% Plan pays 100% |
| Routine eye exam | Plan pays 100% | Plan pays 100% |
| Office visit copay – Primary Care Provider | | $10 copay |
| Office visit copay – Specialist | | $50 copay |
| Urgent Care copay | You pay 20% after deductible | $20 copay |
| Emergency copay | | 1-3 visits: $100 each, then you pay 20% after dedcutible<br><br>4-5 visits: $300 each, then you pay 30% after deductible<br><br>6 or more visits: $500 each, then you pay 40% after deductible |
| MDLIVE | You pay $49 per appointment until you meet the deductible, after which you pay 20% after deductible | $20 copay |
| Prescription Drugs[3] | | |
| Retail (up to 30-day supply) | | |
| Formulary Generic | You pay 20% after deductible | $10 copay |
| Formulary Brand | You pay 20% after deductible | $30 copay |
| Non-formulary Generic and Brand | Not covered | $60 copay |
| HealthPartners Mail Order Pharmacy and UnityPoint Health Affiliate Pharmacy (up to 90-day supply) | | |
| Formulary Generic | You pay 20% after deductible | $25 copay |
| Formulary Brand | You pay 20% after deductible | $75 copay |
| Non-formulary Generic and Brand | Not covered | $150 copay |



## Prescription Drug Coverage

With HealthPartners taking over as our new pharmacy benefits manager, our plans have a new formulary (drug list) for 2016. You can find the new HealthPartners PreferredRx formulary on the Lawson benefits portal.

For the Network Plan, two categories of prescription drugs are covered:
- Formulary Generic   • Formulary Brand

For the Health Savings (HSA) Plan, two categories of prescription drugs are covered:
- Formulary Generic   • Formulary Brand

## HealthPartners Mail Order Pharmacy

Mail order is not mandatory for maintenance prescriptions - but if you do take maintenance medications on a long-term basis, mail order is often convenient and will be available through the HealthPartners Mail Order Pharmacy starting January 1, 2016. Transferring your prescriptions is easy! Call (800) 591-0011, or visit healthpartners.com/mymailrx.

Managing your medication just got easier. Download the myHP mobile app for an easy way to refill, transfer and check the status of your prescriptions. Once you receive your member ID card, download the myHP mobile app for an easy way to refill, transfer and check the status of your prescriptions.

## About the HSA

A key feature of the Health Savings Plan is the use of a health savings account (HSA). This is a special account you use to help pay for medical and prescription drug expenses. UnityPoint Health makes a contribution to your HSA at the beginning of each year, with the amount depending on whether you have single or family coverage. The amount of this contribution is shown in the preceding chart. You may also contribute your own money to your HSA on a pre-tax basis in the chart on page 11. For limits on your contribution amounts and more information about the HSA, see "The FSAs and the HSA and How They Work Together" on page 15. Note that if you have medical coverage for yourself plus one or more family members, the amount of your own money you may contribute to your HSA has increased from $5,150 to $5,250 for 2016.

**Note:** If you enroll in the Health Savings Plan for 2016 medical coverage, a new health savings account (HSA) account will be opened with Wells Fargo on your behalf and active January 1, 2016. Your 2016 UnityPoint Health employer contribution will be deposited January 15, 2016.

You should expect to receive three pieces of mail directly from Wells Fargo when the account is setup in December:
- a welcome kit
- new Wells Fargo HSA debit card
- pin number for your new HSA debit card

In addition, you have the option to move any existing HSA funds from US Bank to Wells Fargo to keep all of your HSA dollars in one location. We recommend combining these funds into the new Wells Fargo HSA account since UnityPoint will no longer have an agreement with US Bank. If you choose not to move the funds in your health savings account with US Bank, it will turn into an individual bank account after the transition. If enrolled in the Health Savings Plan in 2015 and 2016, you will receive an email in December from the benefits team with an attached form to move any funds from US Bank to Wells Fargo.

TIME TO FOCUS ON A HEALTHY You.



## Choosing a Medical Plan

**Consider the Health Savings (HSA) Plan if you want:**

- The lowest premium.
- To pay your current medical expenses with pre-tax dollars, using the HSA.
- To use your HSA to save money for future medical expenses, while earning tax-free interest.
- Access to the best care through the UnityPoint Health provider and facility network.
- To keep your HSA if you leave UnityPoint Health.

**Consider the Network Plan if you want:**

- A lower deductible.
- To budget for medical expenses by paying higher premiums in exchange for more predictable costs (copays) when you receive care.
- Access to the best care through the UnityPoint Health provider and facility network.

## Plan Comparison of Out-of-Pocket Costs

You may also want to consider this comparison, an illustration which assumes average use of a medical plan with up to four doctor visits, two specialist visits and up to eight generic medication purchases.

| Single Coverage | Health Savings Plan | Network Plan |
|---|---|---|
| Annual single deductible | $1,500 | $500 |
| Annual single out-of-pocket maximum (includes deductible) | $3,000 | $2,500 |
| Office visit copay: ACO PCP for 4 visits | $400 (assumes $100/visit total cost) | $40 ($10 copay) |
| Office visit copay: specialist for 2 visits | $300 (assumes $150/visit total cost) | $100 ($50 specialist copay) |
| Prescription copay: 8 generic | $160 (assumes $20 average cost/prescription for HSA) | $80 ($10 Formulary Generic drug copay) |
| Total out-of-pocket cost | $860 | $240 |
| Less employer HSA contribution | $750 | N/A |
| **Total employee out-of-pocket cost** | $110 | $220 |

**But remember:** This chart only compares the out-of-pocket costs you pay when you receive health care. For a full cost comparison, you would also have to **consider the annual premium contributions** you pay with each plan. You will see the rates you pay for each plan when you enroll through the Lawson benefits portal.



# HealthPartners Tools and Resources

## HealthPartners Online and Mobile Tools



**Connect Online:**
When you enroll in a UnityPoint Health medical plan, you can create a myHealthPartners account giving you online access to information about your specific benefits, claims and tips for living healthy – all just a click away. You'll even get cost-saving tips based on your claims! Once you receive your HealthPartners ID card in the mail, create a myHealthPartners account at healthpartners.com/UnityPointHealth.

**Connect on your mobile device:** Whether you're at home or on-the-go, your plan information is right at your fingertips. With the myHP mobile app and mobile site, using your plan is easy wherever you are. Visit healthpartners.com/gomobile or text MOBILE to 77199 to learn more.



**Text to connect:**
Check your medical plan balances – such as whether you have met your plan deductible or out-of-pocket maximum – as well as your flexible spending account (FSA) balances by setting up your mobile phone to get texts from HealthPartners. Go to healthpartners.com and log on to your myHealthPartners account, where you will enter your phone number. Once you verify your phone number, text HealthPartners to get your balance.



## Working Spouse Surcharge

You can choose medical coverage not only for yourself, but for your spouse or domestic partner, as well as your eligible dependent children. However, if your covered spouse or domestic partner works and has access to medical coverage from his or her employer, a surcharge of **$75 per pay period** will apply.

This surcharge does not apply if your spouse or domestic partner is any of the following:
- Not currently employed.
- Self-employed and does not have access to a group health plan.
- Actively employed, but by an employer that does not offer health benefits.
- Employed by another UnityPoint Health affiliate.
- Eligible for Medicare, Medicaid or TRICARE.

## Virtual Care Program

In 2016 we are continuing the Virtual Care program we rolled out in June 2015 in partnership with MDLIVE. This program lets you consult with medical care providers via your phone or secure online video, 24 hours a day, 365 days a year. It's a convenient way for you to obtain care or advice for minor health conditions without having to go to your doctor's office and at times when your regular doctor isn't available.

It's also generally less costly than a visit to an emergency room or urgent care center. Under the Network Plan, you pay a $20 copay per Virtual Care appointment. Under the Health Savings (HSA) Plan, you pay $49 per appointment until you meet the deductible, after which you pay 20 percent of this cost, or $9.80.

Conditions that can be effectively treated through virtual care include:

| General Health | | | | Pediatric Care (Age 3+) | |
|---|---|---|---|---|---|
| Allergies | Ear ache | Pink eye | Sore throat | Cold and flu | Nausea |
| Asthma | Fever | Rashes | Sports injuries | Constipation | Pink eye |
| Bronchitis | Headache | Respiratory infection | Urinary tract infection | Ear ache | And more ... |
| Cold and flu | Insect bites | Sinus infection | And more ... | | |
| Cough | | | | | |
| Diarrhea | | | | | |

Virtual Care providers can diagnose symptoms, recommend treatment, prescribe medications and send prescriptions to local pharmacies.

For more information about the Virtual Care program, visit www.unitypoint.org/clinics/virtual-care.aspx or see the Lawson benefits portal.



TIME TO FOCUS ON A HEALTHY You.



# Dental

Dental benefits are administered by Delta Dental of Iowa. Dental plans are separate from the medical plans we offer. There are no changes to our dental benefits for 2016.

# Vision

Vision benefits continue to be administered by Avesis, Inc. This optional plan provides discounts for contacts, eyeglass lenses and frames. There are no changes to our vision benefits for 2016.

# Flexible Spending Accounts

Flexible spending accounts (FSAs) allow you to save money by paying for many common expenses with money that's deducted from your paycheck on a pre-tax basis and set aside in your account. Because you don't pay federal income or Social Security (FICA) taxes on the money you use for FSA purchases, it's like receiving a discount equivalent to your tax bracket plus FICA.

These kinds of FSAs are available:
- Dependent Care FSA, used to pay dependent care expenses for children under 13 or adult dependents who can't care for themselves. Qualified expenses include:
    - In-home child care, licensed day care and preschool facilities
    - Before or after school programs
    - Elder care
- Health Care FSA, used to pay for medical, vision, dental and orthodontia expenses that aren't reimbursable by another benefit plan.
- Limited Use FSA, a special variation of the Health Care FSA. Tax laws do not allow you to have both an HSA and a regular Health Care FSA because these two types of accounts overlap in being usable for medical expenses. However, employees enrolled in the Health Savings (HSA) Plan – and those employees only – can use the Limited Use FSA. This is allowed because the Limited Use FSA can only be used for vision, dental and orthodontia expenses – not medical.

**Note:** The annual amount you can contribute to a Health Care FSA or Limited Use FSA has been increased from $2,500 to $2,550 for 2016.





FSAs can be a useful tax-saving tool, but they must be used carefully, and are subject to some rules:

- Each year, you decide how much money to contribute to your FSA. You must be careful in choosing this amount. Unspent money left in your Dependent Care FSA is forfeited after the end of the year. Unspent money in the Health Care or Limited Use FSAs can be carried over into the next year, but only up to $500.
- You cannot be automatically re-enrolled in your FSA choices from year to year. **IRS rules require you to actively re-enroll in the FSAs each year if you want to use them.**
- If you enroll in an FSA, you will receive a debit card from HealthPartners called a Benny Card that you can use to pay for your 2016 FSA expenses only. Some card transactions will be verified at the point of purchase, or later through an automatic verification process. If, however, it cannot be determined whether a transaction was for an eligible health care product or service, HealthPartners will need you to submit a detailed receipt to verify your purchase. Remember to save your receipts. You will also have the option to submit a direct request for reimbursement.

Remaining 2015 Expenses
- Your HealthPartners Benny Card should not be used for any 2015 expenses, even if you pay for them in 2016. These will be considered ineligible and your card may be temporarily suspended until you return the funds.
- All 2015 expenses should be submitted manually to your current administrator.
  - TASC participants will have their current debit cards shut off as of midnight 12/31/2015. Any unused 2015 Health FSA balance up to $500 will be rolled over to their HealthPartners account by 4/15/2016.

## How an FSA Could Save You Money

This hypothetical example shows how you might save by using an FSA. This is an example of a single employee who uses the Health Care FSA and $2,550 in eligible health care expenses. Your actual health care expenses and taxes may vary.

| Example | With Health Care FSA | Without Health Care FSA |
|---|---|---|
| Taxable income | $40,000 | $40,000 |
| Your annual FSA contribution (= expenses paid pre-tax) | - $ 2,550 | $ 0 |
| Net taxable income | $ 37,450 | $40,000 |
| Taxes | - $ 5,156 | - $ 5,794 |
| Expenses paid after taxes | - $ 0 | - $ 2,550 |
| Remaining income | $ 32,294 | $ 31,656 |
| Your savings | $ 638 | $ 0 |

TIME TO FOCUS ON A HEALTHY *You.*

# Flexible Spending Accounts (FSAs) and the Health Savings Accounts (HSAs) and How They Work Together

Flexible spending accounts (FSAs) and health savings accounts (HSAs) have some similar features but also several important differences. The following table provides more details about FSAs and the HSA, how they compare and how they work together.

| | Health Savings Account (HSA) | Limited Use FSA | Health Care FSA | Dependent Care FSA |
|---|---|---|---|---|
| What is it? | Used to pay for covered medical, vision, dental and orthodontia expenses. | Used to pay your portion of vision, dental and orthodontia expenses. Cannot be used for medical expenses. | Used to pay for your portion of medical, vision, dental and orthodontia expenses. | Used to pay for qualified child care expenses. |
| Who is eligible? | Employees enrolled in the Health Savings (HSA) Plan. | | Employees not enrolled in the Health Savings (HSA) Plan. | Qualified dependent must be under age 13 or physically or mentally incapable of caring for him/herself, and someone with whom you share the same principal residence for more than half of the year. |
| Who can contribute to this account? | You and your employer. | You | | |
| When can I make or change my contributions? | Any time during the year. | During open enrollment or within 30 days after a qualifying status change specified by the IRS. | | |
| How much can I contribute to this account each year? | Single: IRS limit: $3,350* UPH contribution: $750 Employee max.: $2,600  Family: IRS limit: $6,750* UPH: $1,500 Employee max.: $5,250** | Up to $2,550. | | Up to $5,000. |
| Can unused amounts be carried over to next year? | Yes | Yes, up to $500 each year can be rolled over into the following year. | | No |
| Can unused amounts be taken with me when I leave the organization? | Yes. This is also a great way to save for health care expenses after you retire. | No. You can submit claims for eligible expenses incurred for that plan year until the date you leave the organization. | | |
| Will the funds grow with interest? | Yes | No | | |
| Will I reduce my taxes by using this account? | Yes. You get triple tax benefits with pre-tax contributions, tax-free growth and withdrawals to pay for health care expenses. | Yes. Contributions are pre-tax and reimbursements are tax-free. | | |
| Are my contributions available to use right away? | Contributions made by you and your employer are only available based on your account balance. Employer contributions will be deposited in full at the beginning of each year. | Your elected annual contribution is available to use at the beginning of the year for eligible expenses. | | Your elected contributions are available based on your account balance. |
| Where can I find more information? | *The Lawson benefits portal on your intranet. | | | |

*IRS limit is the combined employer and employee contribution. Limit given is for 2016.
**Note: If you are age 55 or older, you are eligible to make additional 'catch-up' contributions of $1,000.





## Life and Accidental Death and Dismemberment (AD&D)

UnityPoint Health offers group term life insurance for benefit-eligible full-time and part-time staff. These benefits offer financial protection to you and your family in the event of your death or (with AD&D coverage) if you suffer certain serious accidental injuries that include "dismemberment" (loss of a limb or part of limb) as well as loss of sight or hearing.

### Basic Life Insurance[1]
UnityPoint Health provides this coverage at no cost to you, in the following coverage amounts:
- Full-time employees: One times your base annual pay[2], up to $100,000.
- Part-time employees: $10,000.
- Full-time physicians: 1.5xs your base annual pay, up to $450,000.
- Part-time physicians: 1.5xa your base annual pay, up to $450,000. *(new this year)*

### Optional Life Insurance
You may purchase additional life insurance for yourself and your family members.

#### For You as an Employee
You can purchase additional life insurance in increments of $10,000 up to the lesser of:
- Five times your base annual pay, or
- $500,000.

When you first purchase this coverage, you can purchase up to the lesser of three times your annual pay or $350,000 without being required to provide evidence of insurability (i.e., evidence of good health, which involves filling out a medical questionnaire).

Each year, you may increase your coverage by an additional $10,000. Amounts that exceed the lesser of three times your annual pay or $350,000 will require evidence of insurability.[3]

Premiums for this coverage are based on your age.

#### For Your Spouse/Domestic Partner
You may purchase coverage for your spouse or domestic partner if you have at least $10,000 of optional life insurance for yourself.

You can purchase this coverage for your spouse or domestic partner in increments of $10,000 up to the lesser of:
- 50 percent of your own life insurance coverage (basic and optional combined), or
- $100,000.



Each year, you may increase this coverage by an additional $10,000.

When you first purchase this coverage or increase it, evidence of insurability for your spouse or domestic partner will be required if the amount of his or her new coverage exceeds the lesser of:
- $30,000, or
- 50 percent of your own life insurance amount (basic and optional combined).

Premiums for spouse/domestic partner life insurance are based on the employee's age.

For Your Child
You may purchase coverage for your dependent children if you have at least $10,000 of optional life insurance for yourself.

You can purchase this life insurance in the amount of $5,000 or $10,000 for each child. Premiums are a flat rate no matter how many children are covered.

Dependent children can be covered from birth up to age 19 (or age 25 if a full-time student).

## Accidental Death and Dismemberment (AD&D)

This coverage pays a benefit if the covered person dies of an accident. It will also pay all or part of the coverage amount if the covered person suffers a dismemberment injury or other covered loss.

You can purchase AD&D coverage for yourself, your spouse or domestic partner, and/or your dependent children as follows:

| Person Covered | Employee | | Spouse/Domestic Partner | Child(ren) |
|---|---|---|---|---|
| Coverage Amounts Available | $50,000<br>$100,000<br>$150,000<br>$200,000<br>$250,000<br>$10,000 | $300,000<br>$350,000<br>$400,000<br>$450,000<br>$500,000 | $50,000<br>$100,000 | $5,000<br>(per child; one premium covers all eligible dependent children) |
| Premiums | $0.015 per $1,000 of coverage. | | | |

# Long-Term Disability (LTD)[1]

This coverage pays you a monthly benefit if you are unable to work for an extended period of time due to an injury or illness, in order to provide you with an alternate source of income.

At no cost to you, UnityPoint Health provides you with LTD coverage that pays a monthly benefit equal to 50 percent of your pay, up to a maximum of:
- Full-time employees: $10,000 per month.
- Part-time employees: $5,000 per month.

**Additional (optional) LTD:** If you wish, you can purchase additional LTD coverage that will increase your monthly benefit to 60 percent of your monthly pay.[2] The costs for this additional coverage will be available on Lawson at the time you enroll. Evidence of insurability is required.[3]

Notes
[1] Physicians and executives have different benefits for life insurance and disability coverage. Please contact human resources for additional information about these benefits.
[2] Pay is defined as regular base pay not including bonuses, overtime or commissions.
[3] For all forms of optional life insurance and optional LTD, any coverage amounts above the threshold that require evidence of insurability will not become effective until after the evidence of insurability is approved by the insurance company. Until approved, your effective coverage will be the amount up to the threshold.



# Optional Benefits to Supplement
# Your Medical Coverage

For 2016, we are offering two new benefits provided by a new administrator, Voya Financial:

- Critical Illness Insurance
- Supplemental Accident Insurance

It makes sense to consider these now while you're also choosing your medical coverage. You will have the opportunity to choose these benefits only during the Open Enrollment period or if you experience certain qualified life events as specified by the IRS.

These benefits provide financial protection if you suffer a serious illness or accidental injury. They are not meant to be a substitute for a comprehensive medical plan, and do not qualify as the kind of medical coverage you are required to have under the Affordable Care Act (the health care reform law). However, they do provide additional protection that can supplement your regular medical plan coverage.

For both benefits, if you purchase coverage for yourself, you can also purchase coverage for your spouse or domestic partner under age 70, as well as your children under age 26. If you leave UnityPoint Health, you can take the coverage with you.

## Critical Illness Insurance

To protect you against the financial stress of a serious illness, this coverage pays a lump-sum benefit if you are diagnosed with a covered illness or condition such as a heart attack, stroke or cancer. You can use the benefit payment for any purpose you choose.

The following coverage amounts are available:

| Employee | Spouse/Domestic Partner | Child(ren) |
|---|---|---|
| $10,000 $20,000 $30,000 | $10,000 | $5,000 (per child; one premium covers all eligible dependent children) |

Critical Illness Insurance pays the following percentages of your coverage amount for these conditions:

| 100 percent: | 25 percent: | 10 percent: |
|---|---|---|
| Heart attack Stroke Coma Major organ failure Permanent paralysis End-stage renal (kidney) failure Cancer | Coronary artery bypass Carcinoma in situ | Skin cancer |

The plan also pays a wellness benefit of $50 once a year when you complete a wellness screening. (You don't need to get a special screening just to obtain this benefit – the screening you obtain in order to be eligible for the UnityPoint Health wellness premium credit would qualify.) Wellness benefits for all your children are limited to a maximum of $100 per year.

TIME TO FOCUS ON A HEALTHY *You.*



## Supplemental Accident Insurance

This coverage pays benefits for specific injuries and other events (such as hospital care, follow-up care and emergency care) resulting from a covered accident. You can use the payments for any purpose you choose.

If you purchase coverage for yourself, you can also purchase coverage for your spouse or domestic partner under age 70, as well as your children under age 26. You may purchase the "low" or "high" level of benefits coverage.

These are just a few examples of the many events and conditions caused by an accident that are covered:

| Event or Condition | Benefits Paid |
|---|---|
| Ground ambulance | $120 |
| Air ambulance | $600 |
| Emergency room treatment | $180 |
| Hospital admission | $1,000 |
| Hospital confinement (per day, up to 365 days) | $250 |
| Critical care unit confinement (per day, up to 15 days) | $500 |
| Coma (duration of 14 or more days) | $6,000 |
| Surgery (open abdominal, thoracic) | $1,200 |
| Follow-up doctor visit | $60 |
| Medical equipment | $120 |
| Physical therapy (per treatment, up to 6) | $30 |

Supplemental Accident Insurance also pays benefits for accident-related transportation, lodging, family care, prosthetic devices, burns, eye injuries, lacerations, dislocations, fractures and more.

### For More Information or to Enroll

For more information about these benefits, see the Lawson benefits portal or contact Voya at 1 (877) 236-7564 or visit voya.com.

At this time only the following browsers are supported:
- Windows Internet Explorer (IE) 10 and below
- Mac OS FireFox 3.0.5 and below
- Mac OS Safari 5.0 and above

**Have questions?**
IT: (800) 681-2060
AskHR: (888) 543-2275

You will have the opportunity to enroll in these benefits as part of your regular Open Enrollment process through Lawson. Rate information will be available when you enroll.



# News About Your Retirement Savings Plan

Although our retirement savings plan is not part of our annual Open Enrollment – you can join it any time once you become eligible – we'd like to take this opportunity to share some exciting changes for 2016.

The retirement savings plan is a 401(k) plan (or for some UnityPoint Health employees, another similar plan). You can make contributions to the plan through convenient payroll deductions, and you place them in investments you choose from among various options offered by the plan. The retirement savings plan is a convenient way for you to save and invest, with the opportunity to build up income for your retirement and enjoy certain tax advantages.

At the end of 2015, Fidelity is replacing Empower as the administrator of the plan. This change brings you:

- A new vendor known for world-class customer service.
- An updated, superior offering of investment options.
- New electronic tools available by phone, computer and smartphone, through the Fidelity NetBenefits® website and mobile app.
- Easier-to-understand sources of information and education about investments.
- Fidelity representatives who are ready to answer your questions about the plan and provide you with retirement planning insights.

SOME OTHER NEW FEATURES OF THE PLAN INCLUDE:

- Roth contribution option: Currently you are able to make contributions to the plan on a traditional 401(k) pre-tax basis. After the transition to Fidelity, you will also have the flexibility to make Roth (after-tax) contributions to the plan. This means you can choose to either:
    - Enjoy tax savings **now** through pre-tax contributions, and pay taxes later when you retire and may be in a lower tax bracket, or
    - Withdraw money (and any earnings) tax-free **later** when you retire.

- Annual increase program: This convenient optional service lets you choose automatic increases in your contributions to the plan each year. You choose the date and amount of the increase, and you can opt out any time.

- Fidelity® Portfolio Advisory *Service at Work*: This is a managed account service that, for a fee, offers professional investment management of your plan account.

- Rebalance notification: You'll be notified by email if your account's investment mix strays from your original investment strategy.

WHAT'S NOT CHANGING AS A RESULT OF THE TRANSITION TO FIDELITY:

- Payroll contributions: Your plan contributions in effect before the beginning of the transition period to Fidelity (which takes place December 24, 2015, through the week of January 17, 2016) will continue and transfer to Fidelity. Current plan participants will not need to re-enroll in the plan.

- Vesting schedule: Vesting for employees hired before January 1, 2016, will not be affected by the transition to Fidelity. (Vesting rules will change for employees hired after that date; more information will be available later.)

- Outstanding loans: Any outstanding loan balances will transfer to Fidelity. If you are currently a plan participant, you will continue to repay your loan or loans in the same manner as you have with Empower, on the same terms.

TIME TO FOCUS ON A HEALTHY *You.*



# New Investment Options

The investment options offered by Fidelity are grouped into three distinct categories, or tiers. To make your investment selection easier, consider which of these three approaches to investing may work best for you.

## Tier 1: Target Retirement Date Funds

These funds contain a preselected strategic mix of diversified investments. The mix varies according to an employee's expected retirement date, assuming retirement at age 65. The Target Retirement Date Funds are professionally managed to gradually become more conservative as your retirement date nears.

Consider this tier if you understand the importance of asset allocation and diversification, but feel more comfortable with the simplicity and convenience of having a single fund in which the process of selecting investments and strategically adjusting the mix over time is handled for you.

## Tier 2: Core Investment Options

With this approach, you determine and maintain the mix of investments in your account by choosing from the various investment options offered within the plan. This gives you more personal control and flexibility.

Consider this tier if you are comfortable managing your own mix of investment options and understand how to research, evaluate and monitor a wide variety of funds with different risk and return characteristics.

## Tier 3: Fidelity BrokerageLink®

This tier gives you the opportunity to assemble an investment mix that includes options beyond the standard selections offered within the plan, creating a self-directed brokerage account. This is for the truly hands-on investor who wants the most personal control over his or her portfolio, and is willing to take the time and effort to research, assemble, monitor and manage a highly customized mix of investments. Consider this tier if you want the high level of control it provides.



## Actions Required of You

Before, during and after the transition to Fidelity, you should be sure to take these steps:

- Attend a workshop about making the most of the plan changes, held by Fidelity at your work location in November or December 2015. Watch for scheduling information.
- Designate a beneficiary with Fidelity when that service becomes available to you. Beneficiary information won't transfer automatically from Empower to Fidelity.
- Remember that your previous account balance will automatically be transferred to a Target Retirement Date Fund (except for self-directed brokerage accounts). This is a temporary "holding" place for your account – unless you find that your Target Retirement Date Fund matches the way you want to invest for retirement, in which case you can leave the allocation as is. Otherwise, you can move your balance and contributions to other investments within the plan following the transition period.

### For More Information

For more information about the plan and what Fidelity offers, visit our Lawson benefits portal.

## What's Ahead: Transition Timeline

The transition to Fidelity will take place from December 24, 2015, to the week of January 17, 2016. During this time, **your access to your plan account will be limited.** For this reason, the transition period is also known as the **"blackout period."**

Here are some specifics and key dates:

| Date | Action |
|---|---|
| December 22, 2015 | The last day that loan payoffs will be accepted by Empower. |
| December 24, 2015 by 3 p.m. Central time | This is the last day you can go through Empower to: <br>• Enroll in the plan. <br>• Request a loan or withdrawal (distribution). <br>• Request an exchange between investment options. <br>• Check your account balance. <br>• Change your future contribution rate. <br>After this deadline, you will not have access to your account until the end of the transition period. |
| December 31, 2015 At 3 p.m. Central time | Your account balances are valued at the close of the market. |
| January 4, 2016 | Your account balances are scheduled to transfer to Fidelity. |
| | As a "holding place" for the transition, your current account will automatically be transferred to a Target Retirement Date Fund based on your age. (Exception: If you are currently using a JPMorgan Self-Directed Brokerage Account, your account will transfer to a Fidelity BrokerageLink® account with the same mix of investments – you'll receive more information about this separately). |
| | Some services will now be available through Fidelity at www.netbenefits.com/unitypoint, where you can: <br>• Set up your logon username and password. <br>• Change your contribution amount and select investments for your future contributions. <br>• Access investment option descriptions and research their performance. <br>• Designate a beneficiary. |
| | You can also call 1-800-343-0860 to speak with a Fidelity representative if you have any questions about your account. |
| Week of January 17, 2016 | During this week, the transition/blackout period is scheduled to end so you will again have full access to your account. You can now: <br>• Review your account balances. <br>• Make exchanges between investments. <br>• Request a loan or distribution. <br>• Enroll in the plan if you weren't previously enrolled. |
| Late January 2016 | Your final account statement from Empower will be provided to you. |
| April 2016 | Your first quarterly statement from Fidelity will be available online. |
| | Compare your final Empower statement with your first Fidelity statement and call Fidelity at 1-800-343-0860 if you have any questions. |

TIME TO FOCUS ON A HEALTHY *You.*



Be sure to enroll in your Open Enrollment benefits by the deadline: November 16, 2015.

# Time to Enroll!

## Enrollment Checklist

☐ Use the Lawson benefits portal to verify that your correct home mailing address is on file, so that your new insurance cards can be sent to you. This is important to do for reasons beyond Open Enrollment! Instructions for changing your address information are available on Lawson.

☐ Take steps to qualify for the wellness premium credit:
- Get a biometric wellness screening by November 16, 2015. (Screening results obtained from your physician as far back as January 1, 2015, are acceptable to turn in by the deadline. You may also take part in a regional screening for employees of your affiliate – see Lawson for screening schedule information.)
- Complete your online Health Risk Assessment questionnaire between November 17 and December 11, 2015.
- For a full description of how to qualify for the wellness premium credit, see page 7.

☐ Watch a benefits enrollment webinar.

☐ Review this 2016 Open Enrollment Decision Guide and other resources available on the Lawson benefits portal, so you can consider which options are best for you. Share the information with your family to be sure you are aware of all anticipated needs for 2016 and make benefit decisions accordingly.

☐ Consider other benefit plans that may be available to you, such as those offered through the employer of your spouse or domestic partner, or a health care exchange.

☐ Decide whether you want to use the FSAs for health care or dependent care – and if so, how much do you want to set aside in such an account? Consider your anticipated needs and plan carefully.

☐ Enroll! **The deadline is 11:55 p.m. on Monday, November 16, 2015.**
- When you enroll, please be sure to designate a PCP for yourself and each family member covered by a UnityPoint Health medical plan, to ensure this information is up-to-date and accurate for 2016.



## How to Enroll

This is how you will enroll in your Open Enrollment benefits through the Lawson benefits portal.

Note that there are two things that you should do during Open Enrollment:

1. Add or update any dependents to your Profile in the Lawson "talent management" (LTM) space within the Lawson portal.
2. Go through the Open Enrollment instructions.

### Add or Update Dependents

This can be done prior to or during the Open Enrollment period.

1. Log into Lawson (there's a link on the intranet) and go to the LTM area (by clicking the icon or symbol of three people at the top of the page, in the middle of the row of icons).
2. Click on the icon labeled Employee that you will see on the left.
3. Click on My Profile and your employee profile will open.
4. Within your Profile, on the left side, click on the Personal Information tab. Scroll down to the Dependents area. Confirm that any dependents you will want to enroll are listed.
5. If any dependents you wish to enroll are not listed, click on Add Dependents.
   - The Create Dependent form will open. Please be sure to complete the entire form – especially the box under the Additional heading that is labeled Identification Number; you should enter your dependent's Social Security number here. This is necessary even though the field is not marked "required."
6. Dependents that will no longer need benefit coverage can be inactivated. Inactive dependents will not appear as options for enrolling into benefits as you complete the Open Enrollment process.
7. Once all your dependents are added, please wait 15 minutes to complete the rest of your Open Enrollment process.

### Instructions for 2016 Open Enrollment

1. Log into Lawson (if you are not already in Lawson) and click on the icon of the shaking hands at the top of page, at the right of the row of icons.
2. At this point, you can enter the annual benefit Open Enrollment process in either of two ways.

At this time only the following browsers are supported:

- Windows Internet Explorer (IE) 10 and below
- Mac OS FireFox 3.0.5 and below
- Mac OS Safari 5.0 and above

**Have questions?**

IT: (800) 681-2060
AskHR: (888) 543-2275



TIME TO FOCUS ON A HEALTHY *You*.

3. The welcome screen will then appear, and this will guide you step-by-step through the rest of the process. Please keep in mind the following as you complete your Open Enrollment:



- It is extremely important that you continue through all enrollment screens to the final confirmation screen. You will need to choose to either elect or waive each type of benefit. Your benefit elections will not be saved and processed unless you complete the entire process.
- As you enroll, you will have the option to change coverage options, add or remove dependent enrollments for specific plans, or change or waive plans for each type of benefit. You can also choose to make no changes to current enrollments.
- After your Open Enrollment has been completed, you will have the option to change or update your elections, if needed, at any point during the Open Enrollment period before the November 16 deadline. If you need to make a change, log back into the Open Enrollment process and you will be prompted to identify which of your previously entered benefit elections you wish to change.

## Key Contacts

| BENEFIT | THIRD-PARTY ADMINISTRATOR | WEBSITE | PHONE NUMBER |
|---|---|---|---|
| Medical Plan *(Including Prescription Drug Benefits) and Flexible Spending Accounts (FSAs)* | HealthPartners | www.healthpartners.com/ unitypointhealth | 1 (888) 735-9200 |
| Health Savings Account | Wells Fargo | www.wellsfargo.com | 1 (866) 884-7374 |
| Dental Plan | Delta Dental of Iowa | www.deltadentalia.com | 1 (800) 544-0718 |
| Vision Plan | Avesis | www.avesis.com | 1 (800) 828-9341 |
| Critical Illness and Supplemental Accident Plans | Voya Financial | www.voya.com | 1 (877) 236-7564 |
| Retirement Savings Plan | Fidelity Investments | www.netbenefits.com/unitypoint | 1 (800) 343-0860 |

A new vendor contacts mobile app, allowing easy connection with benefit vendors by phone or online, will be available for download in January 2016.



# Important Notices

## Women's Health and Cancer Rights Act Annual Notice

Do you know that your plan, as required by the Women's Health and Cancer Rights Act of 1998, provides benefits for mastectomy-related services including all stages of reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy, including lymphedema? Call your plan administrator at 1 (888) 543-2275 for more information.

## Premium Assistance Under Medicaid and the Children's Health Insurance Program (CHIP)

If you or your children are eligible for Medicaid or CHIP and you're eligible for health coverage from your employer, your state may have a premium assistance program that can help pay for coverage, using funds from their Medicaid or CHIP programs. If you or your children aren't eligible for Medicaid or CHIP, you won't be eligible for these premium assistance programs but you may be able to buy individual insurance coverage through the Health Insurance Marketplace. For more information, visit www.healthcare.gov.

If you or your dependents are already enrolled in Medicaid or CHIP and you live in a State listed below, contact your State Medicaid or CHIP office to find out if premium assistance is available.

If you or your dependents are NOT currently enrolled in Medicaid or CHIP, and you think you or any of your dependents might be eligible for either of these programs, contact your State Medicaid or CHIP office or dial 1 (877) KIDS NOW or www.insurekidsnow.gov to find out how to apply. If you qualify, ask your state if it has a program that might help you pay the premiums for an employer-sponsored plan.

If you or your dependents are eligible for premium assistance under Medicaid or CHIP, as well as eligible under your employer plan, your employer must allow you to enroll in your employer plan if you aren't already enrolled. This is called a "special enrollment" opportunity, and you must request coverage within 60 days of being determined eligible for premium assistance. If you have questions about enrolling in your employer plan, contact the Department of Labor at www.askebsa.dol.gov or call 1 (866) 444-EBSA (3272).

If you live in one of the following states, you may be eligible for assistance paying your employer health plan premiums. The following list of states is current as of JANUARY 31, 2015. Contact your State for more information on eligibility:

ALABAMA – Medicaid
www.medicaid.alabama.gov
Phone: 1-855-692-5447

ALASKA – Medicaid
http://health.hss.state.ak.us/dpa/programs/medicaid/
Phone (Outside of Anchorage): 1-888-318-8890
Phone (Anchorage): 907-269-6529

ARIZONA – CHIP
www.azahcccs.gov/applicants
Phone (Outside of Maricopa County): 1-877-764-5437
Phone (Maricopa County): 602-417-5437

COLORADO – Medicaid
Medicaid Website: http://www.colorado.gov/
Medicaid Phone (In state): 1-800-866-3513
Medicaid Phone (Out of state): 1-800-221-3943

FLORIDA – Medicaid
www.flmedicaidtplrecovery.com/
Phone: 1-877-357-3268

GEORGIA – Medicaid
http://dch.georgia.gov
Click on Programs, then Medicaid, then Health Insurance Premium Payment (HIPP)
Phone: 1-800-869-1150

IDAHO – Medicaid
http://healthandwelfare.idaho.gov/Medical/Medicaid/PremiumAssistance/tabid/1510/Default.aspx
Phone: 1-800-926-2588

INDIANA – Medicaid
www.in.gov/fssa
Phone: 1-800-889-9949

IOWA – Medicaid
www.dhs.state.ia.us/hipp/
Phone: 1-888-346-9562

TIME TO FOCUS ON A HEALTHY You.

KANSAS – Medicaid
www.kdheks.gov/hcf
Phone: 1-800-792-4884

KENTUCKY – Medicaid
http://chfs.ky.gov/dms/default.htm
Phone: 1-800-635-2570

LOUISIANA – Medicaid
www.lahipp.dhh.louisiana.gov
Phone: 1-888-695-2447

MAINE – Medicaid
www.maine.gov/dhhs/ofi/public-assistance/
index.html
Phone: 1-800-977-6740
TTY 1-800-977-6741

MASSACHUSETTS – Medicaid and CHIP
www.mass.gov/MassHealth
Phone: 1-800-462-1120

MINNESOTA – Medicaid
http://www.dhs.state.mn.us
Click on Health Care, then Medical Assistance
Phone: 1-800-657-3629

MISSOURI – Medicaid
http://www.dss.mo.gov/mhd/participants/
pages/hipp.htm
Phone: 573-751-2005

MONTANA – Medicaid
http://medicaidprovider.hhs.mt.gov/
clientpages/clientindex.shtml
Phone: 1-800-694-3084

NEBRASKA – Medicaid
ACCESSNebraska.ne.gov
Phone: 1-855-632-7633

NEVADA – Medicaid
Medicaid Website: http://dwss.nv.gov
Medicaid Phone: 1-800-992-0900

NEW HAMPSHIRE – Medicaid
www.dhhs.nh.gov/oii/documents/hippapp.pdf
Phone: 603-271-5218

NEW JERSEY – Medicaid and CHIP
Medicaid Website: http://www.state.nj.us/
humanservices/dmahs/clients/medicaid/
Medicaid Phone: 609-631-2392
CHIP Website: http://www.njfamilycare.org/
index.html
CHIP Phone: 1-800-701-0710

NEW YORK – Medicaid
www.nyhealth.gov/health_care/medicaid
Phone: 1-800-541-2831

NORTH CAROLINA – Medicaid
www.ncdhhs.gov/dma
Phone: 919-855-4100

NORTH DAKOTA – Medicaid
Website: http://www.nd.gov/dhs/services/
medicalserv/medicaid/
Phone: 1-800-755-2604

OKLAHOMA – Medicaid and CHIP
www.insureoklahoma.org
Phone: 1-888-365-3742

OREGON – Medicaid
www.oregonhealthykids.gov
http://www.hijossaludablesoregon.gov
Phone: 1-800-699-9075

PENNSYLVANIA – Medicaid
www.dpw.state.pa.us/hipp
Phone: 1-800-692-7462

RHODE ISLAND – Medicaid
www.ohhs.ri.gov
Phone: 401-462-5300

SOUTH CAROLINA – Medicaid
www.scdhhs.gov
Phone: 1-888-549-0820

SOUTH DAKOTA - Medicaid
http://dss.sd.gov
Phone: 1-888-828-0059

TEXAS – Medicaid
https://www.gethipptexas.com
Phone: 1-800-440-0493

UTAH – Medicaid and CHIP
http://health.utah.gov/upp
Phone: 1-866-435-7414

VERMONT– Medicaid
www.greenmountaincare.org
Phone: 1-800-250-8427

VIRGINIA – Medicaid and CHIP
Medicaid Website: http://www.coverva.org/
programs_premium_assistance.cfm
Medicaid Phone: 1-800-432-5924
CHIP Website: http://www.coverva.org/programs_
premium_assistance.cfm
CHIP Phone: 1-855-242-8282

WASHINGTON – Medicaid
www.hca.wa.gov/medicaid/premiumpymt/pages/
index.aspx
Phone: 1-800-562-3022 ext. 15473

WEST VIRGINIA – Medicaid
www.dhhr.wv.gov/bms
Phone: 1-877-598-5820, HMS Third Party Liability

WISCONSIN – Medicaid
www.badgercareplus.org/pubs/p-10095.htm
Phone: 1-800-362-3002

WYOMING – Medicaid
http://health.wyo.gov/healthcarefin/equalitycare
Phone: 307-777-7531

To see if any other states
have added a premium
assistance program since
July 31, 2014, or for more
information on special
enrollment rights,
contact either:

U.S. Department of Labor
Employee Benefits Security
Administration
www.dol.gov/ebsa
1 (866) 444-EBSA (3272)

U.S. Department of Health
and Human Services
Centers for Medicare &
Medicaid Services
www.cms.hhs.gov
1 (877) 267-2323, Menu
Option 4, Ext. 61565

OMB Control Number 1210-0137
(expires 10/31/2016)



IMPORTANT NOTICE

The information set forth online or in the 2016 Benefits Enrollment Guide is in summary form. This is not intended to provide medical, tax or investment advice. In the event of any discrepancy between this information and the applicable plan documents, the terms of the applicable plan documents prevail. UnityPoint Health reserves the right to change or eliminate any of its benefit plans at any time as to current, former or future employees, either individually or generally, at any time with or without advance notice.

2016 Benefits

# Open Enrollment

## November 2 – 16, 2015



## UnityPoint Health

1776 West Lakes Parkway, Suite 400 | West Des Moines, Iowa 50266