# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| LORI GANN, ) | |
| ) | CASE NO. 5:17-cv-04067 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **DEFENDANT VOYA** |
| NORTHWEST IOWA HOSPITAL ) | **FINANCIAL, INC.'S** |
| CORPORATION (d/b/a UNITYPOINT ) | **DISCLOSURE STATEMENT** |
| HEALTH – ST. LUKE'S), CIGNA ) | |
| CORPORATION, LIFE INSURANCE ) | |
| COMPANY OF NORTH AMERICA, ) | |
| VOYA FINANCIAL and ) | |
| RELIASTAR LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

As required by LR 7.1 and LR 81.c and d, Voya Financial[1], Defendant in this case provides the following information to the Court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Defendant's outcome in this case:*

Voya Holdings, Inc.
ReliaStar Life Insurance Company

---

[1] The plaintiff, in her Complaint, asserts claims against "Voya Financial." However there is no such entity as "Voya Financial." Additionally, Voya Financial, Inc., which is an existing entity, but which is not specifically named in the Complaint, maintains that it is an improper party in the instant suit. Specifically, Voya Financial, Inc. has: a) not been properly named in this matter to date, and b) had no involvement with the insurance policy at issue notwithstanding the Complaint's apparent allegations to the contrary. The Plaintiff has not been amenable to amending her Complaint to either eliminate Voya Financial or properly name an existing entity. Nonetheless, out of respect for the Local Rules of Civil Procedure for the Northern District of Iowa and the Orders of this Court and a desire to comply with same, Voya Financial, Inc. submits the instant Disclosure Statement. Voya Financial, Inc.'s filing of the instant Disclosure Statement, however, is not intended to and does not in any way waive its ongoing objection to being improperly named in this suit, nor does it waive any other potential defense or counterclaim that Voya Financial, Inc. has or may have against the Plaintiff in this matter.

(b) *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*

Voya Holdings, Inc. (subsidiary holding company)
ReliaStar Life Insurance Company (subsidiary and named co-defendant)

Date: December 14, 2017

.

                Respectfully Submitted,
                Voya Financial, Inc.


                /s/   Thomas M. Crawford
                Thomas M. Crawford, (AT 0009899)
                LITCHFIELD CAVO LLP
                303 W. Madison St., Suite 300
                Chicago, IL 60606
                312-781-6679
                312-781-6630 (fax)
                Email: Crawford@litchfieldcavo.com

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on December 14, 2017, I presented the foregoing document to the Clerk of Court for filing and uploading into the ECF system, which will send notification to the following ECF system participants:

Attorney for Plaintiff
**Harold K Widdison**
Widdison Law Office
505 Fifth Street
Suite 603
Sioux City, IA 51101
712 202 0073
Fax: 202 0080
Email: widdisonlaw@aol.com

Attorneys for Defendant Northwest Iowa Hospital Corporation
**Debra Hulett**
Nyemaster Goode PC
700 Walnut
Suite 1600
Des Moines, IA 50309
515 283 3114
Email: dlhulett@nyemaster.com

**Frank Harty**
Nyemaster Goode, PC
700 Walnut
Suite 1600
Des Moines, IA 50309
515 283 3100
Fax: 515 283 8045
Email: fharty@nyemaster.com

                                        /s/   Thomas M. Crawford
                                        Thomas M. Crawford