UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| Lori Gann, | Court File No. 5:17-cv-4067 LRR |
| Plaintiff, | |
| v. | |
| Northwest Iowa Hospital Corporation (d/b/a UnityPoint Health – St. Luke's), Cigna Corporation, Life Insurance Company of North America, Voya Financial, and ReliaStar Life Insurance Company, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lori Gann, *pro se*, and Defendants Cigna Corporation, Life Insurance Company of North America and Northwest Iowa Hospital Corporation (d/b/a UnityPoint Health – St. Luke's), by their respective undersigned attorneys, that the above-entitled action by Plaintiff and against Cigna Corporation and Life Insurance Company of North America is hereby dismissed with prejudice and on the merits, without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action as against Defendants Cigna Corporation and Life Insurance Company of North America pursuant hereto.

It is further stipulated and agreed by the parties hereto that Cigna Corporation and Life Insurance Company of North America hereby dismissed as parties and the caption

amended as follows: *Lori Gann v. Northwest Iowa Hospital Corporation (d/b/a UnityPoint Health – St. Luke's), Voya Financial, and ReliaStar Life Insurance Company.*

It is further stipulated and agreed by the parties hereto that all claims and causes of action related to the life insurance policy and/or *Spouse/DB Optional Life Plan* against Northwest Hospital Corporation (d/b/a UnityPoint Health – St. Luke's), Cigna Corporation and Life Insurance Company of North America are hereby dismissed with prejudice and on the merits, without costs, disbursements or attorneys' fees to any party.

Dated: February 12, 2018

LORI A. GANN

By: *[signature]*
Lori A. Gann, Pro Se Plaintiff
2516 S. Steele
Sioux City, IA 51106
gannlori44@gmail.com

PRO SE PLAINTIFF

Dated: February 5, 2018

HINSHAW & CULBERTSON LLP

By: /s/ M. Annie Santos
M. Annie Santos
Admitted *Pro Hac Vice*
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: 612-333-3434
Fax: 612-334-8888
asantos@hinshawlaw.com

Patrick J. Phipps, AT 0006243
THOMPSON, PHIPPS & THOMPSON
P.O. Box 442
Moville, Iowa 51039
Telephone: (712) 873-3210
Fax: (712) 873-5322
patphipps@netins.net

ATTORNEYS FOR DEFENDANTS CIGNA CORPORATION AND LIFE INSURANCE COMPANY OF NORTH AMERICA

Dated: February 9, 2018	NYEMASTER GOODE, P.C.

By: /s/ Debra Hulett
Debra Hulett, AT0003665
Frank Harty, AT0003356
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515-283-3114
Fax: 515-283-8045
dlhulett@nyemaster.com
fharty@nyemaster.com

ATTORNEYS FOR DEFENDANT
NORTHWEST IOWA HOSPITAL
CORPORATION