# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

LORI GANN,

        Plaintiff,

v.

NORTHWEST IOWA HOSPITAL
CORPORATION (d/b/a UNITYPOINT
HEALTH – ST. LUKE'S), CIGNA
CORPORATION, LIFE INSURANCE
COMPANY OF NORTH AMERICA,
VOYA FINANCIAL and
RELIASTAR LIFE INSURANCE
COMPANY,

        Defendants.

CASE NO. 5:17-cv-4067 LRR

**STIPULATION OF DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lori Gann, *pro se,* and Defendants Voya Financial and ReliaStar Life Insurance Company, by their respective undersigned attorneys, that the above-entitled action by Plaintiff against Defendants Voya Financial and ReliaStar Life Insurance Company is hereby dismissed with prejudice and on the merits, without costs, disbursements or attorneys' fees to any Party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action as against Defendants Voya Financial and ReliaStar Life Insurance Company pursuant hereto.

It is further stipulated and agreed by the parties hereto that all claims and causes of action related to the Group Critical Illinois Insurance policy issued by ReliaStar Life Insurance Company to UnityPoint Health under Group Policy No. 68894-1CC1 are hereby dismissed with prejudice and on the merits, without costs, disbursements or attorneys' fees to any party.

Upon the entry of an order dismissing Voya Financial and ReliaStar Life Insurance Company, there are no defendants remaining in this case.

Date: March 14, 2018

LORI A. GANN

Lori A. Gann, Pro Se Plaintiff
2516 S. Steele
Sioux City, IA 51106
Email: gannlori44@gmail.com

RELIASTAR LIFE INSURANCE CO.
AND VOYA FINANCIAL

Thomas M. Crawford, (AT 0009899)
LITCHFIELD CAVO LLP
303 W. Madison St., Suite 300
Chicago, IL 60606
312-781-6679
312-781-6630 (fax)
Email: Crawford@litchfieldcavo.com