# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

LORI GANN,

    Plaintiff,

vs.

NORTHWEST IOWA HOSPITAL CORPORATION (d/b/a Unity Point Health – St. Luke's) et al.,

    Defendants.

No. 17-CV-4067-LRR

**ORDER**

---

The matter before the court is Plaintiff Lori Gann and Defendants Voya Financial and ReliaStar Life Insurance Company's ("ReliaStar") "Stipulation of Dismissal" ("Stipulation") (docket no. 33), which the parties filed on April 13, 2018. Pursuant to the Stipulation, Voya Financial and ReliaStar are hereby **DISMISSED WITH PREJUDICE** from the instant action. The Stipulation also seeks to dismiss the remaining portions of Counts I and IV of the Petition (docket no. 2), which allege claims against Defendant Northwest Iowa Hospital Corporation. *See* Stipulation at 1. Pursuant to the Stipulation, Counts I and IV, are hereby **DISMISSED WITH PREJUDICE**. There are no Defendants or claims remaining in this case. *See* Stipulation at 1 ("[T]here are no [D]efendants remaining in this case."). Therefore, the Clerk of Court is **DIRECTED** to terminate all outstanding motions and **CLOSE THIS CASE**.

    **IT IS SO ORDERED.**

    **DATED** this 13th day of April, 2018.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA